UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARYONDA P. VANCE, Personal Representative of the Estate of Jaquan Fletcher, Deceased,

    Plaintiff,

v.

COUNTY OF OAKLAND and JAMES RICHARDSON,

    Defendants.

_____/

Case No. 2:24-cv-10463

District Judge Nancy G. Edmunds
Magistrate Judge Anthony P. Patti

## STATUS CONFERENCE ORDER DEEMING RESOLVED PLAINTIFF'S MOTION TO COMPEL (ECF No. 22)

Currently pending before the Court is Plaintiff's July 4, 2025 motion to compel answers to interrogatories and production of documents (ECF No. 22), which Judge Edmunds has referred to me for hearing and determination (ECF No. 23) and as to which Defendants have filed a response and a statement of resolved and unresolved issues (ECF Nos. 26, 27, 28).  Pursuant to the Court's notice, counsel for the parties (Attorneys Ernest L. Jarrett and Steven M. Potter) appeared remotely on July 23, 2025 for a video status conference.  Consistent with that discussion, Plaintiff's motion (ECF No. 22) is **DEEMED RESOLVED**, with some additional explanation and direction:

1

- **Interrogatory (Int.) 2**, which sought a complete copy of the Oakland County Sheriff's Office (Department) Manual, Defendant has produced several policies (*e.g.*, Use of Force, Use of Firearms, Responding to Deadly Force Incidents [*see* ECF No. 27, PageID.197]), and the request is otherwise too broad, *i.e.*, it is untargeted;

- As to **Int. 7**, which sought the identities of each and every person acting in a decision-making capacity regarding the propriety of Defendant Richardson's use of deadly force as to Plaintiff's decedent on August 18, 2023, Defendant's answer stands, and the subject may be explored further during the July 23, 2025 deposition of Undersheriff Curtis Childs or any subsequent ones;

- As to **Int. 8**, which sought all documents and things related to a determination regarding the propriety of the use of deadly force by Defendant Richardson, defense counsel represented that it has all been produced; therefore, the request is moot;

- As to **RFP 3**, which sought investigative records of incidents involving use of deadly force over a 10-year period, Defendant has agreed to produce this information (*see* ECF No. 27, PageID.200); and,

- **RFP 4**, which sought investigative files regarding use of less than lethal force over a 10-year period, is too burdensome and disproportionate to the needs and scope of discovery in this case (*see* ECF No. 28 [Affid. Lt. Shawn Wilson]).

**IT IS SO ORDERED.**

Dated: July 24, 2025

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

2