UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARYONDA P. VANCE,

      Plaintiff,

                                          Case No. 24-cv-10463
v.                                     Hon. Matthew F. Leitman

COUNTY OF OAKLAND, *et al.*,

      Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION
## FOR SUMMARY JUDGMENT (ECF No. 32)

On July 16, 2026, the Court held a virtual pretrial conference to deliver its ruling on Defendants' Motion for Summary Judgment (ECF No. 32). For the reasons stated on the record, the motion is **GRANTED** as follows:

(1) Judgment on the merits is **GRANTED** in favor of Defendants on Plaintiff's federal-law claims set forth in the "First Cause of Action" and the "Third Cause of Action" in Plaintiff's Complaint (ECF No. 1). Those causes of action are **DISMISSED WITH PREJUDICE**.

(2) Plaintiff's state-law claims, set forth in the "Second Cause of Action" of Plaintiff's Complaint (ECF No. 1), are **DISMISSED WITHOUT PREJUDICE**. *See Musson Theatrical, Inc. v. Fed. Exp. Corp.*, 89 F.3d 1244, 1254–55 (6th Cir. 1996), *amended on denial of reh'g,* No. 95-5120, 1998 WL

1

117980 (6th Cir. Jan. 15, 1998) ("When all federal claims are dismissed before trial, the balance of considerations usually will point to dismissing the state law claims, or remanding them to state court if the action was removed."); *Aquilina v. Wriggelsworth*, 759 F. App'x 340, 348 (6th Cir. 2018) (noting that *Musson* discussed "a grant of summary judgment on federal claims as one form of 'pretrial dismissal,' after which 'the balance of considerations usually will point to dismissing the state law claims, or remanding them….'").

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 20, 2026


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2