UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARYONDA P. VANCE,

     Plaintiff,

                                     Case No. 24-cv-10463

v.                                Hon. Matthew F. Leitman

COUNTY OF OAKLAND, *et al.*,

     Defendants.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff's federal-law claims, set forth in the "First Cause of Action" and the "Third Cause of Action" in Plaintiff's Complaint (ECF No. 1), are dismissed with prejudice. Plaintiff's state-law claims, set forth in the "Second Cause of Action" in Plaintiff's Complaint (ECF No. 1), are dismissed without prejudice.

                                      KINIKIA ESSIX
                                      CLERK OF COURT

               By:     s/Holly A. Ryan_____
                        Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated: July 20, 2026
Detroit, Michigan

1