UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARYONDA P. VANCE,

     Plaintiff,

                                        Case No. 24-cv-10463

v.                                 Hon. Matthew F. Leitman

COUNTY OF OAKLAND, *et al.*,

     Defendants.

_____/

## ORDER EXTENDING TIME FOR PLAINTIFF
## TO FILE MOTION UNDER RULE 59(e)

For the reasons stated on the record during the Court's July 16, 2026, pretrial conference with the parties, Plaintiff's time to file a motion under Federal Rule of Civil Procedure 59(e) shall be extended to **Thursday, September 17, 2026**.  If Plaintiff needs additional time to file due to medical challenges affecting Plaintiff's counsel, Plaintiff may file a motion on the docket seeking additional time to file.

    **IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  July 20, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126