UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARYONDA P. VANCE,

     Plaintiff,

                                       Case No. 24-cv-10463

v.                                     Hon. Matthew F. Leitman

COUNTY OF OAKLAND, *et al.*,

     Defendants.

_____/

## ORDER FURTHER EXTENDING TIME FOR PLAINTIFF TO FILE MOTION UNDER RULE 59(e)

On July 20, 2026, the Court granted summary judgment to the Defendants in this case and entered a Judgment to that effect. (*See* Order, ECF No. 58; Judgment, ECF No. 59.)  On the same day, the Court entered an Order granting Plaintiff an extension of time to file a motion under Federal Rule of Civil Procedure 59(e). (*See* Order, ECF No. 60.)  In that Order, the Court indicated that if Plaintiff needed a further extension of time to file a Rule 59(e) motion due to medical challenges affecting Plaintiff's counsel, Plaintiff may file a motion on the docket seeking that additional time. (*See id.*)  On July 24, 2026, Plaintiff filed a notice on the docket explaining Plaintiff's counsel's physical and medical condition and indicating that Plaintiff's counsel expects to be fully recovered by mid- to late-October. (*See* Notice, ECF No. 61.)  Accordingly, Plaintiff's time to file a motion under Federal Rule of

Civil Procedure 59(e) shall be extended to **Friday, October 30, 2026**. Additionally, the Court will schedule a status conference with the parties in this case for mid-October to see whether additional time is needed.

      **IT IS SO ORDERED.**


                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: July 28, 2026


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 28, 2026, by electronic means and/or ordinary mail.

                                s/Holly A. Ryan
                                Case Manager
                                (313) 234-5126